UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Gelb,

                               Plaintiff(s),

     -against –

Nissan Motor Acceptance Corporation, et al.,
                              Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:21-CV-05992 (CS)

<u>Seibel, J.</u>

     It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Experian Information Solutions, Inc.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Experian Information Solutions, Inc.)**; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

     **SO ORDERED**.

Dated: October 21, 2021
     White Plains, New York

                                                            *Cathy Seibel*

                                                            _____

                                                            CATHY SEIBEL, U.S.D.J.